**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: THE THIRTY-FIFTH STATEWIDE : No. 197 MM 2014
INVESTIGATING GRAND JURY :
:
:
:
PETITION OF: ATTORNEY GENERAL, :
KATHLEEN G. KANE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2015, upon the subsequent request of Petitioner and the Answer of the Special Prosecutor, and with the agreement of the Supervising Judge, the Motion to File Under Seal is **DENIED**, and the Prothonotary is **DIRECTED** to unseal all the filings in this matter.